HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLLING HILLS CONDOMINIUM HOMEOWNERS' ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 2:21-cv-01136 RAJ<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL |

Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that all claims in this action shall be dismissed with prejudice without fees or costs awarded to either party. The parties request that the case be closed.

///

///

///

///

STIPULATED MOTION AND ORDER FOR DISMISSAL – 1
Case: 2:21-cv-01136 RAJ

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

1     DATED this 4th day of January, 2023.

By *s/ Michael S. Rogers*
Michael S. Rogers, WSBA 16423
Reed McClure
Attorneys for Defendant State Farm
1215 Fourth Avenue, Suite 1700
Seattle WA 98161-1087
206.292.4900 – Phone
206.223.0152 – Fax
mrogers@rmlaw.com

By *s/ Cortney Feniello*
Cortney M. Feniello, WSBA 57352
Justin D. Sudweeks, WSBA 28755
Daniel Stein, WSBA 48739
Jerry Stein, WSBA 27721
Stein, Sudweeks & Stein PLLC
Attorneys for Plaintiff
16400 Southcenter Pkway, Suite 410
Tukwila WA 98188
206.388.0660 – Phone
206.286.2660 – Fax
cfeniello@condodefects.com

STIPULATED MOTION AND ORDER FOR DISMISSAL – 2
Case: 2:21-cv-01136 RAJ

**ORDER**

Pursuant to the parties' stipulation, this action is dismissed with prejudice without fees or costs awarded to either party.  This case is now closed.

DATED this 6th day of January, 2023.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION AND ORDER FOR DISMISSAL – 3
Case: 2:21-cv-01136 RAJ

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660